IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO.: 2:12-cv-00096-MHT-WC (WO) |
| DEREK AVERRY WILLIAMSON and the ) ESTATE OF JIMMY KEEFFE, ) ) | |
| Defendants. ) | |

**JUDGMENT**
_____

Upon consideration of the parties' Joint Motion to Dismiss and to Disburse Funds (Doc. No. 17), it is ORDERED that this motion is granted.

It is further CONSIDERED and ORDERED that the Clerk of Court issue a check drawn on the designated Bank where the interpleader funds are deposited in a Money Market Account for the Principal ($147,300.84), plus all earned interest, to date. This check shall be made payable to the designated bank. The designated bank shall provide the Clerk of Court with three (3) Official Checks payable as follows:

1. The Trust Account of Albrittons, Clifton & Moody, P.C. for the Benefit of the Estate of Jimmy Keeffe, in the amount of $58,920.34 plus thirty-five percent (35%) of all earned interest;

2. The Trust Account of John M. Peek, P.C. for the Benefit of Derek Averry Williamson, in the amount of $88,380.50 plus fifty-five percent (55%) of all earned interest; and

    3.    Clerk of Court for ten percent (10%) of all earned interest.

Pursuant to 28 U.S.C. Section 1914(b)and FRDOC 91-26415 reported at 56 Fed. Reg. 56356 (November 4, 1991), and directions received from the Administrative Office of the U. S. Courts on February 7, 1992, the Clerk of Court shall pay into the U. S. Treasury an amount equal to ten percent (10%) of the earned interest as a fee for handling said interpleader funds. The Clerk is further DIRECTED to receipt said ten percent (10%) fee into the 510100 fund for the U. S. Treasury.

It is further CONSIDERED and ORDERED that the Clerk of Court shall mail each recipient's check to their proper mailing address by Certified Mail, with a return receipt:

> Estate of Jimmy Keeffe
> c/o Thomas B. Albritton, Esq.
> Albrittons, Clifton & Moody, P.C.
> P.O. Drawer 880
> Andalusia, Alabama 36420
>
> Derek Averry Williamson
> c/o John M. Peek, Esq.
> John M. Peek, P.C.
> 28 South Court Square
> Andalusia, Alabama 36420

IT IS FURTHER ORDERED that all claims and cross-claims in this action are dismissed with prejudice, with the parties to bear their own costs, expenses, and attorneys' fees.

This case is closed.

DATED this the 20th day of August, 2012.

                                                  /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**